**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JORDAN ZITO,<br>Plaintiff,<br>v.<br>RENO JUSTICE COURT, *et al.*,<br>Defendants. | Case No. 3:26-CV-00611-MMD-CLB<br>**ORDER**<br>[ECF No. 6] |

Plaintiff Jordan Zito initiated this case on August 10, 2026, by filing a complaint and paying the filing fee. (ECF Nos. 1, 2.) On August 14, 2026, Plaintiff submitted proposed summons to be issued in this case. (ECF No. 6.) However, Plaintiff modified the form for the summons to black out some of the standard text. (*See id.*) Because of this, the Court cannot issue these proposed summonses.

Accordingly, Zito is ordered to **RESUBMIT** a clean copy of the proposed summons, without blacking out any of the standard language on the forms.

**IT IS SO ORDERED**.

**DATED**: August 18, 2026.

**UNITED STATES MAGISTRATE JUDGE**