**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JORDAN ZITO,

Plaintiff,

v.

RENO JUSTICE COURT, *et al.*,

Defendants.

Case No. 3:26-CV-00611-MMD-CLB

**ORDER**

[ECF No. 9]

Plaintiff Jordan Zito initiated this case on August 10, 2026, by filing a complaint and paying the filing fee. (ECF Nos. 1, 2.) On August 14, 2026, Plaintiff submitted proposed summons to be issued in this case, but Plaintiff had modified the form for the summons to black out some of the standard text. (*See id.*) The Court thereafter ordered Plaintiff to resubmit a clean copy of the proposed summons. (ECF No. 7.)

Instead, Plaintiff submitted a document titled "proposed summons" that contains rambling text, screenshots, and addresses for various Courthouses around the country. (ECF No. 9.) This filing is <u>not</u> a proper summons and therefore cannot be issued.

Accordingly, Plaintiff is ordered to **RESUBMIT** a clean copy of the proposed summons, on the Court's AO 440 Summons in a Civil Action form, which is attached to this order. Plaintiff must also submit a separate AO 440 Summons in a Civil Action form for <u>each</u> Defendant in this case.

**IT IS SO ORDERED**.

**DATED**: August 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**