**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JORDAN ZITO,<br>Plaintiff,<br>v.<br>RENO JUSTICE COURT, *et al.*,<br>Defendants. | Case No. 3:26-CV-00611-MMD-CLB<br>**ORDER**<br>[ECF No. 14] |

Plaintiff Jordan Zito initiated this case on August 10, 2026, by filing a complaint and paying the filing fee. (ECF Nos. 1, 2.) On August 14, 2026, Plaintiff submitted proposed summons to be issued in this case, but Plaintiff had modified the form for the summons to black out some of the standard text. (*See id.*) The Court thereafter ordered Plaintiff to resubmit a clean copy of the proposed summons. (ECF No. 7.) On August 20, 2026, Plaintiff submitted another document titled "proposed summons" that contains rambling text, screenshots, and addresses for various Courthouses around the country. (ECF No. 9.) This filing was <u>not</u> a proper summons and therefore was not issued. Plaintiff was again ordered to resubmit a clean copy of the proposed summons, on the Courts AO 440 Summons in a Civil Action form. (ECF No. 12.)

Instead, on August 26, 2026, Plaintiff again submitted a document titled "proposed subpoenas" that contains rambling text and screenshots. (ECF No. 14.) The Court cannot discern whether this document is intended to be another proposed summons or a proposed subpoena. Regardless, again, this filing is <u>not</u> proper in any capacity because it is not on the approved form.

If Plaintiff wishes to submit a proposed summons, it must be **RESUBMITTED** on the Court's <u>AO 440 Summons in a Civil Action form</u>, which is attached to this order. Plaintiff must also submit a separate AO 440 Summons in a Civil Action form for <u>each</u> Defendant in this case.

The Court reminds Plaintiff that all parties, including parties proceeding *pro se*, are required to follow the Federal Rules of Civil Procedure and the Local Rules. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Although the Court will liberally construe *pro se* pleadings and will give some latitude to *pro se* litigants, a continued failure to follow the Court's Local Rules and the Rules of Civil Procedure will result in sanctions.

**IT IS SO ORDERED**.

**DATED**: September 3, 2026.

**UNITED STATES MAGISTRATE JUDGE**